GREGORY MITCHELL                          NO. 22-K-102

VERSUS                                    FIFTH CIRCUIT

STATE OF LOUISIANA                        COURT OF APPEAL

                                          STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
First Deputy, Clerk of Court

                    June 29, 2022

                    Susan Buchholz
                    First Deputy Clerk

**IN RE** GREGORY MITCHELL

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE LEE V. FAULKNER, JR., DIVISION "P", NUMBER 21-5716

---

Panel composed of Judges Jude G. Gravois,
Stephen J. Windhorst, and John J. Molaison, Jr.


**WRIT OF MANDAMUS GRANTED**

In his writ application, relator, Gregory Mitchell, alleges that he was arrested on September 28, 2021 on various possession of illegal substances charges. He argues that while his original custody was legal, it ceased to be legal when a "probation hold" was placed upon him by his probation officer in a different proceeding in St. Charles Parish, and that he has been denied a bond hearing on his current charges. Relator appears to further allege that he filed a "Motion for Petition for a Writ of Habeas Corpus/and or time for a stay away order for due process in law" in the district court that apparently has not yet been ruled upon by the district court. Under the circumstances presented, we will construe relator's filing in this Court as a request for mandamus relief.

Accordingly, relator's writ of mandamus is hereby granted. If indeed relator filed a Petition for a Writ of Habeas Corpus in the district court, and if indeed the district court has not yet ruled upon said Petition, then the district court is hereby ordered to rule upon relator's Petition for a Writ of Habeas Corpus, within 20 days of the date of this ruling, and to furnish relator and this Court with a copy of said ruling within 10 days of the date of the ruling.

Gretna, Louisiana, this 29th day of June, 2022.

                        **JGG**
                        **SJW**
                        **JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES



FIFTH CIRCUIT
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
INTERIM CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **06/29/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**22-K-102**

CURTIS B. PURSELL
CLERK OF COURT

**E-NOTIFIED**
24th Judicial District Court (Clerk)
Hon. Lee V. Faulkner, Jr. (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

**MAILED**
Gregory Mitchell #11726 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054